## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **ANGELE GETSO,** *on behalf of herself and all others similarly situated*, | § § § | |
| **Plaintiff,** | § § § | |
| **v.** | § § § | **Civil Case No.: 16-cv-2142** |
| **DIRECT ENERGY, L.P.** | § § § | |
| **Defendant,** | § | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE ENTER THE APPEARANCE of Matthew Tribolet as local counsel for Direct

Energy, L.P. Please ensure that all orders, notices, pleadings and other documents filed or served

in this case be served on Mr. Tribolet as follows:

Matthew Tribolet
2000 E. Lamar Boulevard, Suite 780
Arlington, Texas 76006
Telephone:  (817) 635-7300
Facsimile:  (817) 635-7308
matthew.tribolet@emhllp.com

Submitted this 19th day of August, 2016

By: /s/ Matthew Tribolet

    Michael D. Matthews, Jr.
    Texas Bar No. 24051009
    William B. Thomas
    Texas Bar No. 24083965
    1001 Fannin Street, Suite 2700
    Houston, Texas 77002
    T:  (713) 337-5580
    F:  (713) 337-8850
    matt.matthews@emhllp.com
    william.thomas@emhllp.com

2

Matthew Tribolet
Texas State Bar No. 24075178
2000 E. Lamar Boulevard, Suite 780
Arlington, Texas 76006
Telephone:  (817) 635-7300
Facsimile:  (817) 635-7308
matthew.tribolet@emhllp.com

## CERTIFICATE OF SERVICE

On August 19, 2016, I submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served all counsel electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2):

Jeremy M. Glapion
The Glapion Law Firm, LLC
1704 Maxwell Dr.
Wall, NJ 07719
T: (732)455-9739
F: (732)709-5150
jmg@glapionlaw.com

Peyton J. Healey
Powers Taylor, LLP
8150 North Central Expressway
Suite 1575
Dallas, TX 75206
T: (214)239-8900
F: (214)239-8901
peyton@powerstaylor.com

/s/ Matthew Tribolet
Matthew Tribolet