IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANGELE GETSO, on Behalf of Herself and all Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil No. 3-16-CV-2142-K |
| DIRECT ENERGY, L.P. | § § | |
| Defendant. | § | |

## CLASS CERTIFICATION SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Civil Justice Expense and Delay Reduction Plan for the Northern District of Texas, the Court **ORDERS** as follows:

1. Plaintiffs must file their Motion for Class Certification by March 3, 2017. The motion must comply with Local Rule 23.2 (except paragraph (f)), and must be accompanied by a supporting brief and all supporting evidence, including expert testimony, if any.

2. Any motions requesting leave to join additional parties must be filed within 60 days of the date this order is signed. Any motion for leave to amend pleadings under Federal Rule 15(a) must be filed within 60 days of the date this order is signed. Any

motion for leave to amend pleadings after that date must show good cause pursuant to Federal Rule 16(b).

3. All discovery except that related to Plaintiff Angele Getso and class certification is stayed.

4. No continuance of the deadline to file the Motion for Class Certification, any response, or any reply will be granted whether or not the parties agree to an extension of any of these deadlines. However, the parties may, by written agreement timely filed with the Court, alter any deadlines and limitations set forth in this paragraph, without the need for an order issued by the Court.

   a. Class certification discovery may begin immediately, but this discovery closes February 3, 2017. All written discovery must be sent in a timely manner such that any response is due before class certification discovery closes.

After ruling on the issue of class certification, the Court will issue a separate order requiring the parties to file a Report Regarding Contents of Scheduling Order to address the deadlines for the remainder of this case.

There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

Nothing in this Order shall be considered a dismissal or disposition of this case.

SO ORDERED.

SIGNED October 3rd, 2016

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 3