# IN UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **ANGELE GETSO**,<br><br>                Plaintiff,<br><br>v.<br><br>**DIRECT ENERGY, L.P.**,<br><br>                Defendant. | Civil Case No.: 16-cv-2142 |

## VOLUNTARY DISMISSAL WITH PREJUDICE

By stipulation of the undersigned, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Angele Getso, by and through her counsel, hereby gives notice that the above-captioned action is dismissed with prejudice, which each party bearing its own costs and attorney's fees.

**Dated**: November 15, 2016

*/s/ Jeremy M. Glapion*
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com

*/S/ William B. Thomas*
William B. Thomas
**Edison, McDowell & Hetherington LLP**
Texas State Bar No. 24083965
First City Tower
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Tel:  713-337-5580
Fax:  713-337-8850
william.thomas@emhllp.com